IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 18-10093 -STA |
| MARSHAWN KEITH BURRUS, | * | |
| Defendant. | * | |

---

**ORDER AND NOTICE OF RESETTING**

---

Upon Motion of the Defendant to Continue the Sentencing, for good cause shown and there being no opposition by the government, the Motion to Continue Sentencing is hereby **GRANTED**.

This matter shall be set for sentencing on the **24th day of September, 2019 at 10:00 a.m.**

It is so **ORDERED**, this the 17th day of June, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE